```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIRK E. SHERRIFF
    Assistant U.S. Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California  93721
    Tel:  (559) 497-4000
 5  Fax:  (559) 497-4099
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,     )   1:05-mj-00365 LJO
11                                )
              Plaintiff,          )
12                                )   MOTION AND ORDER FOR DISMISSAL
         v.                       )   OF COMPLAINT
13                                )
    SHIRL DENISE SMITH,           )
14                                )
              Defendant.          )
15                                )
    _____)
16
17       The United States Attorney's Office, pursuant to Rule 48(a) of
18  the Federal Rules of Criminal Procedure, hereby moves to dismiss the
19  Complaint without prejudice, in the interest of justice.
20  Dated:  May 16, 2008
21                                     Respectfully submitted,
22                                     McGREGOR W. SCOTT
                                       United States Attorney
23
24                                By: /s/ Kirk E. Sherriff
                                       KIRK E. SHERRIFF
25                                     Assistant U.S. Attorney
26
27
28
```

## ORDER

IT IS HEREBY ORDERED that the Complaint be dismissed without prejudice in the interest of justice.

IT IS FURTHER ORDERED that the Warrant is Ordered RECALLED.

IT IS SO ORDERED.

**Dated:   May 21, 2008**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE